1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  VONDETRICK CARR,                    )     Case No. EDCV 08-80-VBF (OP)
                                        )
12                      Petitioner,     )     ORDER ADOPTING FINDINGS,
                                        )     CONCLUSIONS, AND
13           vs.                        )     RECOMMENDATIONS OF
                                        )     UNITED STATES MAGISTRATE
14  T. OCHOA, Acting Warden,            )     JUDGE
                                        )
15                                      )
                                        )
16                      Respondent.     )
    _____ )
17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the

19  records and files herein, the Report and Recommendation of the United States

20  Magistrate Judge, and the objections filed by Petitioner, de novo.  The court concurs

21  with and adopts the findings, conclusions, and recommendations of the Magistrate

22  Judge,

23  / / /

24  / / /

25  / / /

26
27
28

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this

2  Report and Recommendation; and (2) denying the Petition and dismissing this action

3  with prejudice.

4

5  DATED: February 22, 2010

6  HONORABLE VALERIE B. FAIRBANK
   United States District Judge

7

8
   Prepared by:
9

10

11

12  HONORABLE OSWALD PARADA
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28