JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONDETRICK CARR, ) | Case No. EDCV 08-80-VBF (OP) |
| ) | |
| Petitioner, ) | J U D G M E N T |
| ) | |
| vs. ) | |
| ) | |
| T. OCHOA, Acting Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 22, 2010

_____
HONORABLE VALERIE B. FAIRBANK
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge